No. 66502.—M. Adler's Son, Inc., et al. v. United States, protests 59/14046, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass balls similar in all material respects to those the

subject of *Joseph Markovits, Inc.* v. *United States* (45 Cust. Ct. 151, C.D. 2216), the claim of the plaintiffs was sustained.